## IN RE KELLEY.

No. 733, Misc.  Decided February 19, 1962.

PER CURIAM.

The appeal is dismissed.

## QUINTON ET AL. *v.* MATTHEWS ET AL.

No. 762, Misc.  Decided February 19, 1962.

*George M. Yeager* for appellants.

PER CURIAM.

The appeal is dismissed.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

## SHAPIRO *v.* JOSEPHSON ET AL.

No. 805, Misc.  Decided February 19, 1962.

PER CURIAM.

The appeal is dismissed.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.